IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR317 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOHNNY FULLER | |
| Defendant. | |

This matter is before the court on the Defendant's [24] Unopposed Motion for Continuance of Trial. Counsel has been experiencing technical issues with video discovery and is seeking additional time to further review discovery to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion for Continuance of Trial [24] is granted as follows:

1. The jury trial, now set for March 6, 2018, is continued to **May 1, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 1, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 5th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge